```
_X_ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
                   COUNSEL/PARTIES OF RECORD

        December 16, 2010

CLERK US DISTRICT COURT
  DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | 2:10-CR-00127-KJD-LRL |
| JOSE ALBERTO NUNEZ-OROZCO, ) | |
| Defendant. ) | **ORDER** |

On December 14, 2010, this Court granted the Defendant's request for new counsel and referred the matter to the CJA Administrator for the appointment of new counsel from the CJA Panel.

Accordingly, IT IS HEREBY ORDERED that DANIEL J. ALBREGTS, ESQ. is APPOINTED as counsel for JOSE ALBERTO NUNEZ-OROZCO in place of the Federal Public Defender for all future proceedings.

The Federal Public Defender shall forward the file to Mr. Albregts forthwith.

DATED this  16th  day of December, 2010.

_____
UNITED STATES MAGISTRATE JUDGE